PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
18-CR-148-1F

**DOCKET NUMBER** *(Rec. Court)*
24-cr-118-LM-TSM-01

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

JACKSON BURLEY COOMBS

**DISTRICT**: Wyoming

**DIVISION**:

**NAME OF SENTENCING JUDGE**: Nancy D. Freudenthal

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 02/01/2024
TO: 01/31/2027

**OFFENSE**
Count 1: Assault with a Dangerous Weapon
Count 2: Simple Assault

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant has been supervised in the District of New Hampshire since commencing supervised release, has no ties to Wyoming, and has new state charges pending in New Hamphsire.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Wyoming

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 11, 2024
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF New Hampshire

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 12, 2024
*Effective Date*

_____
*United States District Judge*